**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-2207**

---

In Re: FRANK MARZULLO,

Debtor.

---

BLUM, FRANK & KAMINS COMPANIES, INCORPORATED,

Plaintiff - Appellee,

versus

FRANK MARZULLO,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-99-3801-MJG, AP-90-5060, AP-91-5169, BK-89-53695)

---

Submitted: March 30, 2001          Decided: April 24, 2001

---

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Fredric J. Einhorn, Rockville, Maryland, for Appellant. Steven Sarfatti, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Frank Marzullo appeals from the district court's order affirming the bankruptcy court's determination that the debt Marzullo owed to Blum, Frank & Kamins Companies, Inc., was not dischargeable in his bankruptcy case. In making this determination, the bankruptcy court held that collateral estoppel applied to a default judgment entered as a discovery sanction by the United States District Court for the District of Columbia and thus precluded the redetermination of whether Marzullo's debt to Blum, Frank & Kamins was attributable to "money obtained by . . . actual fraud . . . or embezzlement." See 11 U.S.C.A. § 523(a)(2) & (4) (West 1993 & Supp. 2000). We have reviewed the parties' briefs, the joint appendix, and the lower courts' opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Blum, Frank & Kamins Cos. v. Marzullo, Nos. CA-99-3801-MJG; AP-90-5060; AP-91-5169; BK-89-53695 (D. Md. Aug. 9, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED